UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CATALINA GUZMAN DE CHAVEZ,

        Plaintiffs,                              Civil No. 09-285-AC

        v.                                     ORDER

UNITED MORTGAGE SERVICES, INC.;
KARINA YANEZ (aka KARINA ROHRlG
and KARINA CASTRO);
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE BANK., FSB; AND
WELLS FARGO BANK., N.A.,

        Defendants.

HAGGERTY, District Judge:

        Magistrate Judge Acosta issued a Findings and Recommendation [60] recommending that defendant Countrywide's Motion to Dismiss [24] and defendant Wells Fargo's Motion to Dismiss [27] be granted without prejudice and with leave to plaintiff to amend.

        No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

1 -- ORDER

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

Defendant Countrywide's Motion to Dismiss [24] and defendant Wells Fargo's Motion to Dismiss [27] are granted. Dismissal is without prejudice. Plaintiff is granted leave to file an Amended Complaint. The Amended Complaint must be filed by December 18, 2009.

IT IS SO ORDERED.

Dated this   1   day of December, 2009.

                                                      /s/ Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                        United States District Judge